♦AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number: *04-30046-MAP*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    *Pasquale A. Romeo*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| *9/23/04* <br> Date | *Mark D. Sullivan* <br> Signature |
| | *Mark D. Sullivan*     *559890* <br> Print Name     Bar Number |
| | *73 Chestnut Street* <br> Address |
| | *Springfield*   *MA*   *01103* <br> City   State   Zip Code |
| | *413-746-4900*     *413-731-1302* <br> Phone Number     Fax Number |