UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| PASQUALE ROMEO ) | |

## NOTICE REGARDING AUTOMATIC DISCLOSURE

No waiver will be filed and defendant will proceed under automatic discovery in accordance with Local Rule 116.1(C).

THE DEFENDANT
By His Attorney

Date: October 5, 2004

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302-fax
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing document on the government by mailing same, postage prepaid to the United States Attorney's Office, 1550 Main Street, Springfield, MA 01103 on October 5, 2004.

Michael O. Jennings, Esq.