UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| PASQUALE ROMEO ) | |

## DEFENDANT'S MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE

Defendant herein requests that the Court amend the order setting conditions of release set on September 23, 2004 by order of Magistrate Judge Neiman as follows:

That paragraph (8)(i) be modified to include travel to Ogunquit, Maine from Friday, October 8, 2004 to Monday, October 11, 2004.

In support hereof defendant states that the reservations were made on August 16, 2004. Defendant was recently released from the hospital and was very much looking forward to the time of rest with his wife.

WHEREFORE, defendant requests that the order be amended as detailed above.

Assented to:

_____
William M. Welch, II,
Assistant U.S. Attorney

THE DEFENDANT
By His Attorney

_____
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302-FAX
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the above document on the government by faxing same to the William M. Welch, II, Assistant United States Attorney's at 1550 Main Street, Springfield, MA 01103 on October 5, 2004.

_____
Michael O. Jennings, Esq.

125 Shore Road
P.O. Box 2406
Ogunquit, Maine 03907
www.anchoragebythesea.com



OPEN YEAR ROUND
207-646-9384
FAX 207-646-6253
email: info@anchoragebythesea.com

| ARRIVAL | DEPARTURE | NIGHTS | ACCOUNT NO. | NO. OF ROOMS | NO. OF PERSONS | ACCOMMODATIONS | NIGHTLY RATE | CHG. |
|---|---|---|---|---|---|---|---|---|
| Friday 10/08/04 | Monday 10/11/04 | 3 | 514262 | ONE NONSMOKING 1CAR | 2 | BEACH LOWER TOTAL COST | 175.00 561.75 | |

RESERVATION STATUS: $187.25 DEPOSIT ON ACCOUNT AS OF 08/16/04
AMOR1008MT 10PF

Advance deposit MC - ****************7472 07/06

NAME: PASQUALE  ROMEO
ADDRESS: 89 HALL ST
CITY / STATE: SPRINGFIELD  MA 01108  USA

Thank You For Your Deposit

Balance on arrival by VISA, MC, DISC, CASH, Sorry No Checks

Cancellations (for length of stay or a portion of) made 10 days or less prior to scheduled arrival are non-refundable. All refunds incur a $10.00 processing fee. Departures previous to length of time reserved will be charged in full for balance of reserved period. Specific Rooms by number cannot be guaranteed. Rates based on two persons. Additional person(s) sharing room over age of two years, add $10 off season, $20 in season.

* LOCATION MAP ON BACK *

Check-in after 3:00 p.m.    Check-out by 11:00 a.m.