UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30046-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| PASQUALE ROMEO | ) | |

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel for the Defendant in the above entitled matter.

_____
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302-FAX
BBO# 251340

Date: 10/5/04