UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>ALBERT INNARELLI, et al., )<br>        Defendants ) | Criminal Action No. 04-30046-MAP |

INTERIM SCHEDULING ORDER
October 5, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the interim status conference this day:

1. An interim status conference will be held on December 8, 2005, at 1:00 p.m. in Courtroom III. Counsel for Defendants Zepka, Corona and Lynch shall also attend an initial status conference on November 9, 2005, at 1:00 p.m.

2. On or before the close of business, December 6, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge