UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**         CRIM. NO. 04-30046-MAP

   v.

**PASQUALE ROMEO, ET AL**
   **Defendants.**

## MOTION OF DEFENDANT PASQUALE ROMEO
## TO FILE LATE AND HEREWITH

The defendant, Pasquale Romeo requests that the Court allow him to file a Motion to Dismiss late and herewith. In support hereof counsel for the defendant states that he is out of the Commonwealth and has been unable to adequately communicate electronically with his office until the last two days. It is asserted that neither the government nor any other party will be prejudiced by allowance of this motion.

THE DEFENDANT
By His Attorney

/s/ Michael O. Jennings
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA  01103
(413) 737-7349
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing motion on all parties of record on March 8, 2006.

/s/ Michael O. Jennings
Michael O. Jennings, Esq.