UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**                    CRIM. NO. 04-30046-MAP

    v.

**PASQUALE ROMEO, ET AL**
    **Defendants.**

## JOINT MOTION TO WAIVE HEARING

The defendant, Pasquale Romeo and the government through undersigned counsel, hereby waive their respective right to oral argument on Defendant's Motion to Dismiss scheduled for April 4, 2006 at 2:00 p.m. and jointly request that the Court decide the motion based upon written submission.

| THE GOVERNMENT | THE DEFENDANT |
| --- | --- |
| By Its Attorney | By His Attorney |
| /s/ William M. Welch, II | /s/ Michael O. Jennings |
| William M. Welch, II, USA | Michael O. Jennings, Esq. |
| U.S. Attorney's Office | 73 Chestnut Street |
| 1550 Main Street | Springfield, MA  01103 |
| Springfield, MA  01103 | (413) 737-7349 |
| (413) 785-0235 | BBO# 251340 |

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing motion on all parties of record on April 3, 2006.

    /s/ Michael O. Jennings
    Michael O. Jennings, Esq.