UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| **ALBERT INNARELLI,** ) | |
| ) | |
| <u>Defendant.</u> ) | |

### MOTION TO CONTINUE FILING DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to continue the filing date of its response to defendants' joint motion regarding loss from August 11, 2006 to August 14, 2006.

As grounds, the Government states that the undersigned will be out of the office on August 10, 2006 and August 11, 2006.

Filed this ____th day of August, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney


    <u>   /s/ William M. Welch II   </u>
    WILLIAM M. WELCH II
    Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden,  ss.                           Springfield, Massachusetts
                                        August 9, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic service to all defendants.


                                          /s/ William M. Welch II
                                        WILLIAM M. WELCH II
                                        Assistant United States Attorney