UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30046 -MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| PASQUALE ROMEO, et al | ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Pasquale Romeo respectfully moves this Honorable Court to modify the conditions of his release to allow him to travel to Ogunquit, Maine with his daughter from September 22, 2006 to September 24, 2006. Details of his travel will be provided to pretrial services prior to departure.

THE DEFENDANT
By his Attorney

/s/ Michael O. Jennings
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA  01103
(413) 737-7349
BBO# 251340

### CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing document on the parties of record electronically on August 31, 2006.

/s/ Michael O. Jennings
Michael O. Jennings, Esq.

,