UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**     CRIM. NO. 04-30046-MAP

v.

**PASQUALE ROMEO, ET AL**
    **Defendants.**

MOTION OF DEFENDANT PASQUALE ROMEO
FOR EXTENSION OF TIME

The defendant, Pasquale Romeo herein requests that the time for filing of Motions for Downward Departure and/or Sentencing Outside the Guideline Range and for the Pre-Sentencing Memorandum be extended to Monday, October 2, 2006. In support hereof Defendant puts forth the complexity of the issues involved.

THE DEFENDANT
By His Attorney

/s/ Michael O. Jennings
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA  01103
(413) 737-7349
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I electronically served a copy of the foregoing motion on all parties of record on September 27, 2006.

/s/ Michael O. Jennings
Michael O. Jennings, Esq.
