```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No. 04-30046-MAP
                              )
PASQUALE ROMEO,               )
          Defendant.          )
```

### ORDER OF RESTITUTION IN LIEU OF FORFEITURE

**PONSOR, D.J.,**

   WHEREAS, on September 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a sixty-nine count Superseding Indictment charging defendant Pasquale Romeo (the "Defendant") and others with Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through Sixty-eight), and Conspiracy to Launder Money, in violation of 18 U.S.C. §§ 1956(h) and 1957 (Count Sixty-nine);

   WHEREAS, the Superseding Indictment also sought the forfeiture, pursuant to 18 U.S.C. § 982, of any property, real or personal, involved in such offenses, or any property traceable to such property;

   WHEREAS, on February 12, 2004, agents seized $12,643.00 in United States currency (the "Currency") from the Defendant in Springfield, Massachusetts;

   WHEREAS, on May 4, 2006, the Defendant pled guilty to Counts Thirty, Thirty-eight, Fifty-nine, and Sixty-nine of the Superseding Indictment;

WHEREAS, on October 5, 2006, the Court sentenced the Defendant to 36 months imprisonment, and ordered the Defendant to pay restitution in the amount of $250,000;

WHEREAS, on October 5, 2006, the Court further ordered that the Currency be applied to the Defendant's restitution obligation; and

WHEREAS, the United States has requested that the Court direct that the Currency be applied to the Defendant's restitution obligation, in lieu of forfeiture.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

(1) The United States' Motion for Entry of Order of Restitution in Lieu of Forfeiture is allowed.

(2) The Currency, now in the custody of the Internal Revenue Service, shall be applied to Romeo's outstanding Restitution Order.

(3) The Internal Revenue Service is authorized to transfer the Currency to the District Court for the purpose of restitution disbursement.

                                                _____
                                                MICHAEL A. PONSOR
                                                United States District Judge

Date: